UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:11-CV-001020-PMP-RJJ |
| | ) |
| MORTGAGE ELECTRONIC | )   ORDER |
| REGISTRATION SYSTEMS, INC. and | ) |
| RECONTRUST COMPANY, N.A., | ) |
| | ) |
| Defendants. | ) |
| | ) |

On June 21, 2011, Plaintiff Roger Moore filed Plaintiff's Emergency Motion for Temporary Restraining Order Cancelling and Enjoining Trustee Sale Scheduled for June 24, 2011 or a Preliminary Injunction Hearing Before June 24, 2011 (Doc. #4).

IT IS ORDERED that the Court will hold a hearing on Plaintiff's Emergency Motion for Temporary Restraining Order Cancelling and Enjoining Trustee Sale Scheduled for June 24, 2011 or a Preliminary Injunction Hearing Before June 24, 2011 (Doc. #4) on Wednesday, June 29, 2011 at 11:00 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

IT IS FURTHER ORDERED that Plaintiff shall immediately notify Defendants of the hearing, and shall forthwith serve Defendants with any documents that are presently on file in this action, together with a copy of this Order.

DATED: June 22, 2011

_____
PHILIP M. PRO
United States District Judge