**TRO**
JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
JAMES J. LEE, ESQ.
Nevada Bar No. 001909
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044 Fax: (702) 383-9950
E-mail: info@johnpeterlee.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT MOORE,

　　　　　Plaintiff,

v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.;
RECONTRUST COMPANY, N.A.;
DOES I through X; and ROE,
CORPORATIONS I through X

　　　　　Defendants.

CASE NO.: 2:11-cv-01020

2130.024174-tam

### ORDER GRANTING PRELIMINARY INJUNCTION

FOR GOOD CAUSE APPEARING THEREFOR,

　　　　IT IS HEREBY ORDERED that, upon reading Plaintiff's Verified Complaint on file herein, and it appearing therefrom to the Court that this is a proper instance for the issuance of a Preliminary Injunction, and that unless restrained and enjoined by Order of the Court immediate and irreparable injury and damage will result to Plaintiffs before notice can be served and a hearing held on Plaintiff's Motion for Preliminary Injunction, in that Defendants shall cause to be sold at foreclosure sale scheduled for June 24, 2011, the Property commonly described as 7416 Oak Grove Avenue, Las Vegas, Nevada, 89117, APN 163-03-210-017. and full legal description being as

follows:

Parcel I: Lot Eleven (11) in Block One (1) of TEN OAKS ESTATES, as shown by map thereof on file in Book 42 of Plats, page 69 in the Office of the County Recorder of Clark County, Nevada.

Parcel II: Non-exclusive easements appurtenant to Parcel I for access, ingress, egress, encroachments, maintenance, repair, drainage and for other purposes, all as described in the Declaration of Covenants, Conditions, and Restrictions of Ten Oak Estates (The "Declaration") recorded on August 2, 1989 in Book 8908022 as Document No. 00180 of Official Records Clark County, Nevada.

That said sale will be held unless restrained by the Order of the Court, pending a hearing on Plaintiff's Motion for Preliminary Injunction, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants, and each of them, are hereby restrained and enjoined from in any manner, either directly or indirectly, selling or attempting to sell or otherwise convey and dispose of the property described above, all situated in Clark County, Nevada, whether by foreclosure sale or otherwise during the term of the litigation

DATED this _ 12th day of July, 2011.

_____
United States District Judge

SUBMITTED BY:

JOHN PETER LEE, LTD.

BY_____
JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
JAMES J. LEE, ESQ.
Nevada Bar No. 001909
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044  Fax: (702) 383-9950
E-mail: info@johnpeterlee.com
Attorneys for Plaintiff

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

- 2 -

## CERTIFICATE OF MAILING

I hereby certify that a copy of the **ORDER GRANTING PRELIMINARY INJUNCTION** in the above-entitled matter was electronically mailed and mailed by me on the 12th day of July, 2011, by email and depositing a copy thereof in a sealed envelope, first-class postage prepaid, in the United States Mail, to the parties set forth:

Mortgage Electronic Registration Systems, Inc.
1818 Library Street, Ste. 300
Reston, Virginia 20190

Recontrust Company, N.A.
2380 Performance Drive, TX2-984-0407
Richardson, Texas 75082

_____
An employee of JOHN PETER LEE, LTD.

**JOHN PETER LEE, LTD.**
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

- 3 -