ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: christine.parvan@akerman.com

*Attorneys for Defendants*
*Mortgage Electronic Registration*
*Systems, Inc. and ReconTrust Company N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY, N.A.; DOES I through X; and ROE CORPORATIONS I through X,<br><br>    Defendants. | Case No.:   2:11-cv-01020-PMP-RJJ<br><br>ORDER CANCELING LIS PENDENS |

The Court finds Moore recorded a Notice of Lis Pendens Affecting Real Property on or about June 22, 2011 as Instrument Number 201106220003573 in real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached as **Exhibit 1** and fully incorporated by reference.

On June 21, 2011 Moore filed a complaint against defendants. The Court granted defendants' motion for summary judgment [**Dkt. 70**] on July 15, 2013 [**Dkt. 81**]. The Court also entered judgment in favor of defendants [**Dkt. 82**].

The Court:

1. Orders, adjudges, and decrees that the above-referenced Lis Pendens is canceled, released and expunged.

2. Further orders, adjudges and decrees that this Order canceling the above-referenced

{26785991;1}

Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. Further orders, adjudges and decrees defendants record a properly certified copy of this Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

Dated: August 12, 2013

Submitted by:

DATED this 23rd day of July, 2013.

**AKERMAN SENTERFITT LLP**

/s/ Christine M. Parvan
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants*
*Mortgage Electronic Registration*
*Systems, Inc. and ReconTrust Company N.A.*

{26785991;1}

2

# EXHIBIT 1

# EXHIBIT 1

{20628576;1}



Inst #: 201106220003573
Fees: $16.00
N/C Fee: $0.00
06/22/2011 03:06:06 PM
Receipt #: 820941
Requestor:
JAMES LEE
Recorded By: ANI Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

**APN#** 163-03-210-017

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

### TITLE OF DOCUMENT (DO NOT Abbreviate)

Notice of Lis Pendens

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

### Recording requested by:

John Peter Lee, LTD

### Return to:

Name James J. Lee, Esq.

Address 830 Las Vegas Blvd. South

City/State/Zip Las Vegas, Nevada 89101

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
JAMES J. LEE, ESQ.
Nevada Bar No. 001909
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044 Fax: (702) 383-9950
E-mail: info@johnpeterlee.com
Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MOORE, | CASE NO.: |
| Plaintiff, | |
| v. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY, N.A.; DOES I through X; and ROE, CORPORATIONS I through X | |
| Defendants. | |

2130.024174 - tm

### NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that a Verified Complaint implicating title has been filed in the above-entitled Court by the Plaintiffs against the named Defendants.

The said premises affected by this action are suitable in the City of Las Vegas, County of Clark, State of Nevada, commonly known 7416 Oak Grove Avenue, Las Nevada, Nevada 89117, legal description as follows:

> Parcel I: Lot Eleven (11) in Block One (1) of TEN OAKS ESTATES, as shown by map thereof on file in Book 42 of Plats, page 69 in the Office of the County Recorder of Clark County, Nevada.
>
> Parcel II: Non-exclusive easements appurtenant to Parcel I for access, ingress, egress, encroachments, maintenance, repair, drainage and for other purposes, all as described in the Declaration of Covenants, Conditions, and Restrictions of Ten Oak Estates (The "Declaration")

1     recorded on August 2, 1989 in Book 8908022 as Document No.

2     00180 of Official Records Clark County, Nevada.

3 all as set forth in the Verified Complaint on file herein. The said premises affected by this action

4 are situate in the County of Clark, State of Nevada.

5     DATED this 21st day of June, 2011.

JOHN PETER LEE, LTD.

By: JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
JAMES J. LEE, ESQ.
Nevada Bar No. 001909
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044/Fax: (702)383-9950
E-mail: info@johnpeterlee.com
Attorneys for Plaintiff

I hereby attest and certify on 6/23/11 that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

-2-