UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT MOORE, ) | 2:11-cv-01020-PMP-NJK |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| MORTGAGE ELECTRONIC ) | |
| REGISTRATION SYSTEMS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

The Court having read and considered Plaintiff's Motion for Reconsideration (Doc. #86), and Defendants' Response in Opposition thereto (Doc. #87), and good cause appearing,

**IT IS ORDERED** that the Plaintiff's Motion for Reconsideration (Doc. #86) is **DENIED**.

DATED: September 20, 2013.

_____
PHILIP M. PRO
United States District Judge